920

No. 71–1447. DAVIDSON, SECRETARY, MARYLAND DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES, ET AL. *v.* FRANCIS ET AL.; and

No. 71–1554. UNITED STATES CHAMBER OF COMMERCE *v.* FRANCIS ET AL. Appeals from D. C. Md. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 71–6633. VALDEZ *v.* NELSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 71–6620. HEADLEY ET AL. *v.* PALMIERI, U. S. DISTRICT JUDGE; and

No. 71–6645. REED *v.* LAWRENCE, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 71–1437. WHITCOMB, GOVERNOR OF INDIANA, ET AL. *v.* ESCHBACH, U. S. DISTRICT JUDGE. Motion of Gaither and Roth [plaintiffs in related case] for leave to proceed *in forma pauperis* granted. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 71–653. GIBSON ET AL. *v.* BERRYHILL ET AL. Appeal from D. C. M. D. Ala. Probable jurisdiction noted.

No. 71–1456. SALYER LAND CO. ET AL. *v.* TULARE LAKE BASIN WATER STORAGE DISTRICT. Appeal from D. C. E. D. Cal. Probable jurisdiction noted.

No. 71–575. GOMEZ *v.* PEREZ. Appeal from Ct. Civ. App. Tex., 4th Sup. Jud. Dist. Probable jurisdiction noted and case set for oral argument with No. 71–6078 [*S.* v. *D.,* probable jurisdiction postponed, 405 U. S. 1064].